```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 63427
   KELVIN DAVIS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9977

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/12/2005 and was confirmed 01/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 11/08/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED            3866.50       208.61       3866.50
CREDIT ACCEPTANCE        UNSECURED       NOT FILED           .00           .00
1ST FRANKLIN MORTGAGE    CURRENT MORTG    12370.00           .00      12370.00
HERITAGE ACCEPTANCE CORP SECURED            7000.00       644.05       7000.00
HERITAGE ACCEPTANCE CORP UNSECURED            95.69          .00         95.69
COOK COUNTY TREASURER    SECURED            1108.00          .00       1108.00
AMERICASH LOANS LLC      UNSECURED           725.00          .00        725.00
ASPIRE                   UNSECURED           607.68          .00        607.68
RESURGENT CAPITAL SERVIC UNSECURED           454.34          .00        454.34
GREAT AMERICAN FINANCE   UNSECURED          2154.24          .00       2154.24
GUARANTY BANK            UNSECURED       NOT FILED           .00           .00
ILLINOIS TITLE LOAN INC  UNSECURED       NOT FILED           .00           .00
NATIONAL QUIK CASH       UNSECURED       NOT FILED           .00           .00
1ST FRANKLIN MORTGAGE    MORTGAGE ARRE        .00            .00           .00
CHASE BANK USA NA        UNSECURED           594.76          .00        594.76
CHASE BANK USA NA        SECURED NOT I      308.27          .00           .00
LORRAINE GREENBERG & ASS REIMBURSEMENT       65.00          .00         65.00
LORRAINE GREENBERG & ASS DEBTOR ATTY       3,000.00                   3,000.00
TOM VAUGHN               TRUSTEE                                      2,023.37
DEBTOR REFUND            REFUND                                       3,441.76

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            38,359.00

PRIORITY                                       65.00
SECURED                                    24,344.50
    INTEREST                                  852.66
UNSECURED                                   4,631.71
ADMINISTRATIVE                              3,000.00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 63427 KELVIN DAVIS
```

```
TRUSTEE COMPENSATION                                         2,023.37
DEBTOR REFUND                                                3,441.76
                                     ----------------  ----------------
TOTALS                                      38,359.00         38,359.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```